UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENNETH GLOVER, | ) |
| Plaintiff, | ) |
| v. | ) No. 12 C 8765 |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) Magistrate Judge Martin |
| Defendant. | ) |

## JOINT MOTION FOR ENTRY OF JUDGMENT WITH REMAND

Plaintiff and Defendant jointly move this court for entry of judgment with remand. This Court has the power, pursuant to sentence four of Section 205(g) of the Social Security Act, "to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the [Commissioner], with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g); *Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

The parties agree that, on remand, Plaintiff will be provided with the opportunity for a hearing and to submit additional evidence and arguments. The administrative law judge will update the medical record concerning Plaintiff's condition; further evaluate whether Plaintiff had an impairment that met or medically equaled Listing 5.08; further evaluate the medical source opinions; if necessary, obtain vocational expert testimony; and issue a new decision.

WHEREFORE, the parties respectfully request that this Court enter judgment reversing the Commissioner's decision pursuant to sentence four of U.S.C. § 405(g) and remand the case to the Commissioner for further administrative action consistent with this joint motion.

Attorney for Plaintiff:

By: s/ Joseph Sellers[1]
    JOSEPH SELLERS
    Spector & Lenz
    55 E. Jackson Blvd., Suite 325
    Chicago, Illinois 60604
    (312) 341-0711
    j.s.sellers@gmail.com

Respectfully submitted,

GARY S. SHAPIRO
United States Attorney

By: s/ Katherine E. Beaumont
    KATHERINE E. BEAUMONT
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-7223
    katherine.beaumont@usdoj.gov

Of Counsel:

DONNA L. CALVERT
Regional Chief Counsel
Social Security Administration

JARED C. JODREY
Assistant Regional Counsel
200 West Adams Street, Suite 3000
Chicago, Illinois 60606
(877) 800-7578 ext. 19134

---

[1] Plaintiff's counsel authorized the Assistant United States Attorney to sign on his behalf.